## Steve BOLTON v. STATE.
### 8 Div. 538.

Supreme Court of Alabama.
Oct. 5, 1933.

Rehearing Denied Nov. 2, 1933.

William Stell and Travis Williams, both of Russellville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Steve Bolton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bolton v. State, 25 Ala. App. 539, 150 So. 362.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.